IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Miroslaw Lipnicki

Debtor

Bankruptcy No. 22-02954
Judge Deborah L. Thorne
Chapter: 13

## OBJECTION TO CONFIRMATION

NOW COMES JPMorgan Chase Bank, National Association (hereinafter "Creditor"), through its attorney, Kenneth W. Bach of Johnson, Blumberg & Associates, LLC, and states as follows:

1. The above-captioned Chapter 13 case was filed on March 15, 2022.

2. Creditor, a party in interest, holds a Mortgage dated June 26, 2006 on the property located at 1744 S Elm St, Des Plaines, IL 60018-2216, in the original amount of $55,000.00.

3. The payoff balance due as the filing date of this case is $42,611.19.

4. Creditor's arrearage claim is $1,474.14.

5. The Debtor's plan states that the collateral securing Creditor's claim is fully encumbered by a senior lien, and seeks to strip Creditor's lien and discharge the underlying debt.

6. The Debtor has not provided a basis for his valuation of the collateral, and the senior lienholder has not filed their proof of claim to state the payoff amount of their loan. As such, the Debtor's assertion that there is no value for Creditor's lien is speculative.

7. According to the Debtor's petition, the subject collateral is his principal residence, and as such, Creditor's claim is subject to the non-modification provision of 11 U.S.C. § 1322(b)(2). If the Debtor is incorrect about the value of the property relative to the senior loan, the proposed treatment would violate this provision.

8. Creditor requests that the plan not be confirmed until the parties have had sufficient opportunity to have the property appraised, and for the senior lienholder to file a claim.

WHEREFORE, JPMorgan Chase Bank, National Association prays that confirmation of the Debtor's plan be denied and for such other relief as the Court deems just.

        /s/ Kenneth W. Bach
        Kenneth W. Bach, ARDC #6295816
        Attorney for JPMorgan Chase Bank, National Association

Kenneth W. Bach
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE